

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

United States of America,

7:19-MJ-6678(MRG)

Plaintiff,

**ORDER OF DISMISSAL**

-against-

Jody R. Van Meter, Jr.

Defendant.

_____

On December 9, 2019, this Court heard oral argument on the Defendant's pre-trial
Motion to Dismiss count 1 of the misdemeanor complaint filed on July 19, 2019, it is

ORDERED, ADJUDGED AND DECREED that Count 1, Driving While Intoxicated,
is dismissed.

Dated: Dec, 30 2019
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge